MICHAEL NARDONE, as Executor of ANTHONY FANIZZI, Deceased, Appellant, *v.* MILTON FIRE DISTRICT, Respondent.

Submitted April 24, 1942; decided May 28, 1942.

*Andrew J. Cook* and *Michael Nardone* for appellant.
*George Rusk* and *George F. Kaufman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.